369 P.2d 781

J. James ROGERS, Petitioner,

v.

Harold A. COX, Superintendent of New Mexico State Penitentiary, Respondent.

No. 7002.

Supreme Court of New Mexico.

March 29, 1962.

COMPTON, Chief Justice, and CARMODY and CHAVEZ, Justices, concurring.

MOISE and NOBLE, Justices, not participating.

ORDERED that the petition for writ of habeas corpus be and the same is hereby denied for failure to show that petitioner has exhausted his remedy in district court.